# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DISTRICT

| | | |
|---|---|---|
| CAPITAL SENIOR LIVING, INC., et al., | ) | CASE NO. 3:22-cv-00606-JGC |
| | ) | |
| Plaintiffs, | ) | JUDGE JAMES CARR |
| | ) | |
| v. | ) | **PLAINTIFFS' NOTICE OF PROOF** |
| | ) | **OF SERVICE OF COMPLAINT ON** |
| HEATHER BARNHISER, et al., | ) | **DEFENDANTS BARNHISER** |
| | ) | **AND SELDERS** |
| Defendants. | ) | |
| | ) | |

Respectfully submitted,

*s/ Daniel J. Cianchetta*
Joseph N. Gross (0056241)
Daniel J. Cianchetta (0089736)
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: jgross@beneschlaw.com
dcianchetta@beneschlaw.com

*Attorneys for Plaintiffs Capital Senior Living, Inc.
and CSL Levis Commons, LLC*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| Capital Senior Living, Inc. | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| Heather Barnhiser, et al. | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Heather Barnhiser
1050 Medical Center Pkwy
Maumee, OH 43537

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Joseph N. Gross
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland OH 44114-2378

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date: 04/14/2022

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Heather Barnhiser
was received by me on *(date)* 04/15/2022 .

☒ I personally served the summons on the individual at *(place)* 1050 Medical Center Parkway Maumee OH 43537
on *(date)* 04/18/2022 @ 0835 hrs ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/18/2022

_____
Michele Kriner
Server's signature

Michele Kriner, Process Server
Printed name and title

1905 River Road, Maumee OH 43537
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| Capital Senior Living, Inc. <br><br> *Plaintiff(s)* <br> v. <br> Heather Barnhiser, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ellie Selders
1050 Medical Center Pkwy
Maumee, OH 43537

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Joseph N. Gross
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland OH 44114-2378

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 04/14/2022

*Signature of Clerk or Deputy Clerk*

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Ellie Selders**
was received by me on *(date)* **04/15/2022**.

☒ I personally served the summons on the individual at *(place)* **1050 Medical Center Pkwy Maumee OH 43537**
on *(date)* **04/18/2022 @ 1020 hrs** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **04/18/2022**

*Server's signature:* Michele Kriner

*Printed name and title:* Michele Kriner, Process Server

*Server's address:* 1905 River Road, Maumee OH 43537

Additional information regarding attempted service, etc:

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of April, 2022 a true and correct copy of the foregoing was filed electronically. Notice of this filing will be send to all parties by operation of this Court's electronic filing system. Parties may access this filing through the Court's system.

 *s/ Daniel J. Cianchetta*
*One of the Attorneys for Plaintiffs Capital Senior Living, Inc. and CSL Levis Commons, LLC*