**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DISTRICT**

| | | |
|---|---|---|
| CAPITAL SENIOR LIVING, INC., et al., | ) | CASE NO. 3:22-cv-00606-JGC |
| | ) | |
| Plaintiffs, | ) | JUDGE JAMES CARR |
| | ) | |
| v. | ) | **PLAINTIFFS' PROOF OF SERVICE** |
| | ) | **OF COMPLAINT ON** |
| HEATHER BARNHISER, et al., | ) | **DEFENDANT MAUMEE POINTE, LLC** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Respectfully submitted,

<u>s/ Daniel J. Cianchetta</u>
Joseph N. Gross (0056241)
Daniel J. Cianchetta (0089736)
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone:  216.363.4500
Facsimile:  216.363.4588
Email:  jgross@beneschlaw.com
        dcianchetta@beneschlaw.com

*Attorneys for Plaintiffs Capital Senior Living, Inc.
and CSL Levis Commons, LLC*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Capital Senior Living, Inc. | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. |
| Heather Barnhiser, et al. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Maumee Pointe, LLC c/o L&M Statutory Agent, LLC
100 North Main Street, Suite 350
Chagrin Falls, OH 44022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      Joseph N. Gross
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland OH 44114-2378

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:      04/14/2022

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Maumee Pointe, LLC

was received by me on *(date)*  4/14/2022  .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  L&M Statutory Agent, LLC , who is

designated by law to accept service of process on behalf of *(name of organization)*

Maumee Pointe, LLC   on *(date)*  4/19/2022  ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  4/28/2022 _____

_____
*Server's signature*

Daniel Cianchetta, One of the Attorneys for Capital Senior Living, Inc.
*Printed name and title*


Benesch Friedlander, 200 Public Square, #2300, Cleveland, OH 44114
*Server's address*

Additional information regarding attempted service, etc:

Return Receipt Article Number

9590 9266 9904 2975 4450 99

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Smchild_                 ☐ Agent
                            ☐ Addressee

B. Received by (Printed Name)           C. Date of Delivery

_Sawn wild_                             4/19/2

2. Certified Mail® Article Number

9414 7266 9904 2975 4450 96

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☒ No

3. Service Type: **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*     ☐ Yes

1. Article Addressed to:

> Maumee Pointe, LLC c/o L&M Statutory Agent, LLC
> 100 North Main Street, Suite 350
> Chagrin Falls, OH 44022

PS Form 3811, Facsimile, July 2015                      Domestic Return Receipt

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April, 2022 a true and correct copy of the foregoing was filed electronically. Notice of this filing will be send to all parties by operation of this Court's electronic filing system. Parties may access this filing through the Court's system.

 *s/ Daniel J. Cianchetta*
*One of the Attorneys for Plaintiffs Capital Senior Living, Inc. and CSL Levis Commons, LLC*

2