## AFFIDAVIT OF SERVICE

| Case:<br>3:22-cv-00606 | Court:<br>United States District Court for the Northern District of Ohio | County:<br>Cuyahoga | Job:<br>7241063 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Capital Senior Living, Inc. | | **Defendant / Respondent:**<br>Heather Barnhiser, et al. | |
| **Received by:**<br>RVB Services, LLC | | **For:**<br>Benesch Friedlander Coplan & Aronoff LLP | |
| **To be served upon:**<br>Meridian Senior Living, LLC c/o Corporation Service Company | | | |

I, Rodney L. VanBrimmer II, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| **Recipient Name / Address:** | Tina Schlabach, SOP Intake Specialist for Corporation Service Company , 3366 Riverside Drive Suite 103 , Upper Arlington , OH 43221 |
| **Manner of Service:** | Registered Agent, Jun 17, 2022, 10:51 am EDT |
| **Documents:** | Summons and Complaint |

**Additional Comments:**
Successful Attempt: Jun 17, 2022, 10:51 am EDT at 3366 Riverside Drive Suite 103, Upper Arlington, OH 43221. Received by Tina Schlabach, SOP Intake Specialist for Corporation Service Company. Age: 43 to 48; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'3"; Hair: Blond; Tina is an intake Specialist for Corporation Service Company.

_Rodney L. VanBrimmer II_     06/27/2022

Rodney L. VanBrimmer II     Date

RVB Services, LLC
18 East WIlliam Street Suite 12
Delaware, Ohio 43015
740-936-ROCK (7625)