# EXHIBIT A

THE
Waterford at
Levis Commons
——— COMMUNITY ———

January 24, 2022

*<u>Via Overnight Federal Express and Regular U.S. Mail</u>*
Heather Barnhiser
Maumee Pointe
1050 Medical Center Parkway
Maumee, OH 43537

*Re: Cease and Desist Ongoing Violations of Your Post-Employment Obligations*

Dear Ms. Barnhiser,

A very serious matter has come to my attention. It is my understanding that you have attempted to contact and recruit employees of Levis Commons on behalf of your new employer, Maumee Pointe, in violation of your post-employment obligations and employment contract with Sonida Senior Living, Inc. and its affiliates (the "<u>Company</u>"). I am writing to demand that you immediately cease these solicitations and halt any behavior that interferes with the Company's business relationships with its employees. To date, we are aware that you personally or someone acting on your behalf solicited our employees to end their employment with us and to become employees at your new place of employment.

You signed an employment contract. If our understanding is correct, you have violated several provisions of this contract. To that point, the Company intends to fully investigate your conduct, as well as any involvement of your new employer and will take any and all necessary legal action available to it in order to prevent any further actions that are economically harmful to the Community and the Company. You must cease all such solicitations and business interference activities immediately.

Should you fail to cease and desist from soliciting the Company's employees or otherwise interfering with the Company's business relationships, the Company will have no choice but to immediately seek legal redress through the courts. The Company takes this matter very seriously and will aggressively, vigorously, and proactively move to protect its business interests.

Please contact me in writing no later than **January 29, 2022**, that you have halted all the activities described above and notified your current employer of your post-employment obligations to the Company. If I do not receive this written correspondence from you within the timeframe above, the Company will assume you have no desire to cease your violations and no desire to comply with the post-employment obligations. At that point, I will focus on the Company's legal remedies.

Finally, this demand letter serves as notice to you of potential legal action by the Company arising from the activities described above. **Given this prospect of legal action, you have a duty to preserve any documents, records, and electronically stored information relating or referring to these activities. Electronically stored information includes, without limitation, emails, text, social media/social networking archives, and data stored on mobile devices, computers, laptops, servers, and cloud computing platforms.**

Lastly, <u>please provide your employer with a copy of this letter</u> as notice that your recruiting actions directed at this Community are not allowed. Thank you for your immediate attention to this matter.

Sincerely,

*Kelly Ebersbach*

Kelly Ebersbach, Executive Director
The Waterford at Levis Commons


cc:   David R. Brickman, Esquire
      Jeremy Falke, Senior Vice President Human Resources
      Amy Crosslin, HR Business Partner
      Elizabeth Smith
      Employee File
      Maumee Pointe c/o Owner – *Via Federal Express*
      1050 Medical Center Parkway
      Maumee, OH 43537

Tracking Number: EI240175120US

Scheduled Delivery by

**TUESDAY**
**25** JANUARY 2022 ⓘ

by
**6:00pm** ⓘ

USPS Tracking Plus™ Available ⌄

Status

✓ **Delivered, Left with Individual**

January 25, 2022 at 10:24 am
MAUMEE, OH 43537

Get Updates ⌄

Delivered

---

Tracking Number: EI240175218US

Scheduled Delivery by

**TUESDAY**
**25** JANUARY 2022 ⓘ

by
**6:00pm** ⓘ

USPS Tracking Plus™ Available ⌄

Status

✓ **Delivered, Left with Individual**

January 25, 2022 at 10:24 am
MAUMEE, OH 43537

Get Updates ⌄

Delivered