# **EXHIBIT B**



January 31, 2022

Kelly Ebersbach
Executive Director
The Waterford at Levis Commons
7100 S Wilkinson Way
Perrysburg, OH. 43551

Sent via regular and certified mail

Dear Ms. Ebersbach:

We have received your January 24, 2022 letter, and have followed up with Heather Barnhiser. Please be assured that we expect our employees to comply with enforceable agreements they have with former employers. If you have questions, please direct them to me.

Sincerely,

*Theresa Partlow*

Theresa Partlow
VP Human Resources
Meridian Senior Living