# EXHIBIT F



umee Poi...  ⌄  ⋮

ber 19, 2021

What the heck.
Should I be
worried. I wish you
well and lots of
time to be a mom.

10:04 AM

So I'm gonna be
the new executive
Director at
the brand new
assisted living
community
opening up call
Maumee Pointe.
I gave my 30 day
notice today and
they decided

    +



JOINTDEFS_000000001



umee Poi... ⌄     ⋮

community
opening up call
Maumee Pointe.
I gave my 30 day
notice today and
they decided
to except my
resignation today
and pay me out
my 30 days. I
am really upset
because I didn't
get to say goodbye
to any of you or
the sta

View all                    >         10:08 AM  ⌄

JOINTDEFS_000000002

Point E. D

executive Director at
ing community opening
up Call Maumee Pointe. I gave my 30 day notice
today and they decided to except my resignation
today and pay me out my 30 days. I am really
upset because I didn't get to say goodbye to any
of you or the staff for the residents. I understand
their decision but it is really hard. I'm just over
capital senior living at this point and feel like I've
been used in abused between you and me. Keep
in touch because I am building a new entire team
at where I'm going.


Copy text


Share

⋮
More

JOINTDEFS_000000003

4



umee Poi...

ds good.  The
you for all you did
here. I will keep in
touch.

10:11 AM

Thank you Will for
your kind words it
means a lot 🖤

10:12 AM

Yw. It is well
deserved.

10:15 AM



10:21 AM

Thursday, December 2, 2021

So how it going
over there. ? Keep

  

JOINTDEFS_000000004



umee Poi... ⌄ ⋮

ꙅ

ᴐw it going over there. ? Keep me in mind

3:37 PM

I am starting to get a little busy lol. I need a dietary Director. It pays $70,000. I would love it if you would apply!

3:54 PM

I like to stop by and take a look and talk about it.

3:55 PM

What day works for you next week?

3:55 PM ⌄

  ＋

☺ ᴵᴵᴵ

JOINTDEFS_000000005



umee Poi... ∨

to stop by and take a look and talk about it.

3:55 PM

What day works for you next week?

3:55 PM

I text with what day I can get out early.

3:56 PM

That sounds good. I'm here pretty much every day

3:56 PM

I personally think this kitchen is gorgeous lol

JOINTDEFS_000000006

 umee Poi... ⌄    ⋮

don't cook all that much

3:57 PM

Ok. Text you later. Cool.

3:57 PM  Lol



3:57 PM

Wednesday, December 8, 2021

Leaving here for a half day in 35 minutes.  Love to stop over there on my way home.

11:39 AM

  +    |        

JOINTDEFS_000000007



umee Poi... ∨  ⋮

stop over if you're still in the area

You have to come to the back of the building and park in the back

12:26 PM

I forgot, what the pay for cooks and servers?

2:04 PM

I will find out  5:12 PM

Tuesday, December 14, 2021



  +     ☺ 

JOINTDEFS_000000008



...umee Poi... ⌄    ⋮

...mber 14, 2021

This is the pay here now

MMS
2:14 PM

Ok I will check our pay

4:43 PM

Tuesday, January 11



umee Poi... ⌄  ⋮  10

January 11

Checking in to see if I asked for to much. And the see if there's open room for discussion and negotiation.

10:06 AM

Monday, January 17

Hello , just keeping up.

6:56 PM

Hi! I completely got busy and just realized I never responded to your text from



umee Poi... ⌄   ⋮          \\

...ot busy and just
ealized I never
esponded to
our text from
ıst week. I will
ive you a call
omorrow to talk
to you about the
position where we
are at with things.

6:59 PM



7:01 PM   Ok

Monday, January 24



Hello , just        ⌄

      +          ☺   



umee Poi...

, just checking in.  There are things here that are off. So looking at other options.

10:30 AM

Monday, February 21

Hi Chef. Did you end up taking a week off and leaving Waterford early? Wanted to see if you could stop by maybe tomorrow or Wednesday to pick up your

  

JOINTDEFS_000000012



umee Poi...

ou

a week off and leaving Waterford early? Wanted to see if you could stop by maybe tomorrow or Wednesday to pick up your information to go get your drug test and physical done this week if possible

3:02 PM

3:10 PM 

Good for you! Just

14

 umee Poi... ˅ ⋮



0 PM  **Yea to all**

Good for you! Just
let me know when
you're going to
stop by

3:11 PM

4:00 PM  **Ok.**

Tuesday, February 22

**What time can I
stop up there?**

9:28 AM

Anytime after
11:30

9:29 AM



9:31 AM  **Ok. Be there
around 1130.**

    +

  ☺  ⑊

JOINTDEFS_000000014



umee Poi... ˅    ⋮    ↆ

ysical is Friday at 830

9:37 AM

Perfect!   9:50 AM

Sunday, February 27

What the earliest I can get in there, or what time do I need to get in.?

5:58 PM

Let's do <u>8 AM</u> tomorrow.

6:07 PM



Ok

6:08 PM

Oh my god!
Larry Feldcamp's



  +      |        ☺  

JOINTDEFS_000000015



umee Poi...  ∨  ⋮  ⎩⎜

p's daughter just called and requested a tour!!!!! I need him to be with us 🖤

6:11 PM

Yes. He been doing well with his speech.

6:12 PM

I miss him so much

6:12 PM

Me too. It only been a week.

6:13 PM

Willard and Shari Tiffany's



  +  |  ☺ 

JOINTDEFS_000000016

 umee Poi... ∨    ⋮         17

daughters stopped
by on Friday and
put a deposit
down too

6:13 PM

No way, that great.
I think many are
unhappy there

6:14 PM

I know I think so
too. If only my
sweet Edna would
move  here too 

6:15 PM

6:15 PM  Give it time.

                          

                      

JOINTDEFS_000000017