# EXHIBIT G



JOINTDEFS_000000018

Wed, Nov 17, 9:39 AM

**I hate this place anymore**

Wed, Nov 17, 12:02 PM

**I know 😢 As soon as I get the clear to hire I'm taking you**

**I can't wait this place sucks without you**

JOINTDEFS_000000019

> I know 😢 As soon as I get the clear to hire I'm taking you
>
> I can't wait this place sucks without you
>
> Awwww I love you
>
> I love and miss you I'm miss your energy spunky mess all the above
>
> Lmao spunkyness

JOINTDEFS_000000020